12A

UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

## Report on Person Under Supervision

Name of Person: **Nicholas Anthony Lowery**                    Docket Number: **2:06CR00561-001**

Name of Sentencing Judicial Officer:   **Honorable Ted Stewart**
**Senior U.S. District Judge**

Date of Original Sentence: **August 21, 2007**
Original Offense: **Use of Interstate Facilities to Transmit Information About a Minor**
Original Sentence: **51 Months Incarceration/Life Term of Supervised Release**

Date of Violation Sentence: **May 23, 2011**
Violation Sentence: **6 Months Incarceration/Life Term of Supervised Release**

Date of Violation Sentence: **February 16, 2012**
Violation Sentence: **8 Months Incarceration/Life Term of Supervised Release**

Date of Violation Sentence: **January 15, 2013**
Violation Sentence: **Credit for time served/ Life Term of Supervised Release**

Date of Violation Sentence: **August 21, 2013**
Violation Sentence: **3 Months Incarceration/Life Term of Supervised Release**

Type of Supervision: **Supervised Release**          Current Supervision Began: **September 4, 2013**

---

**NON-COMPLIANCE SUMMARY**

| Date of Non-compliance | Nature of Non-compliance |
|---|---|
| January 25, 2025 | The person under supervision viewed, accessed, or possessed sexually explicit material. |
| February 12, 2025 | The person under supervision failed to cooperate with the U.S. Probation and Pretrial Services Computer and Internet Monitoring Program by possessing an unapproved internet-capable device. |
| February 12, 2025 | The person under supervision failed to comply with the requirements of the Sex Offender Registration and Notification Act as directed by the U.S. Probation Officer, as he failed to update employment and vehicle information. |

**Proposed Controlling Interventions:**
**Noncompliance meeting in office**
**Deliver oral reprimand**

**Proposed Correcting Interventions:**
**Review conditions**
**Counsel and advice**

PROB 12A  
D/UT 01/18

Nicholas Anthony Lowery  
2:06CR00561-001

Justification:

On February 12, 2025, while reviewing the defendant's monitored device, this officer discovered the defendant had been engaging in conversations with an adult female that were sexual in nature. On January 25, 2025, the female sent the defendant an image of her exposed breasts; however, the defendant responded to the female and asked her not to send images of this nature.

On February 12, 2025, this officer received a call from the defendant stating the Provo Police Department Police Department served a search warrant on his residence. This officer called Detective Jensen who informed they had received a cyber tip that someone from the IP address associated with the defendant's residence was accessing child sexual abuse material on the "KIK" app. During the course of the search warrant, Provo police seized an unapproved Amazon Fire tablet and the defendant's approved smartphone. Detective Jensen also stated they received information from the defendant's ex-wife who said their son said there was likely a second unapproved tablet in the residence.

On February 25, 2025, officers from the U.S. Probation Office and officers from the Provo Police Department conducted a search of the defendant's residence and vehicles to locate the alleged unapproved tablet. The search of the residence and vehicles revealed no additional unapproved devices or other contraband.

During the course of the investigation into the defendant's case, officers discovered the defendant had not updated critical information on the sex offender registry including employment and vehicle information. This officer directed the defendant to update this information as required, which he completed on March 3, 2025.

On February 27, 2025, this officer was informed by Detective Jensen that they were unable to find any violation or criminal material on the devices that were seized and that they were closing the investigation and returning the devices to the defendant.

On March 13, 2025, the defendant reported to the U.S. Probation Office as directed. This officer delivered an oral reprimand concerning the violation behavior. This officer reviewed the defendant's conditions and reminded him of the importance and necessity of reporting all internet-capable devices, updating the sex offender registry as required, and not accessing sexually explicit material. This officer and the defendant discussed the problematic actions and the potential consequences of continued behavior. The defendant acknowledged this behavior is not in compliance with the Court's orders, nor is it in keeping with the goals he has set for supervision. This officer advised the defendant that continual non-compliance would result in more sanctions moving forward.

Nicholas Anthony Lowery has been advised that continued non-compliance will result in further sanctions and/or the Court being petitioned to revoke their term of supervision.

If the Court desires more information or another course of action, please contact me at 435-239-5669.

I declare under penalty of perjury that the foregoing is true and correct.

_____  
by Clifford Hamilton  
U.S. Probation Officer  
March 18, 2025

THE COURT:

☑ Approves the proposed interventions noted above
☐ Denies the proposed interventions noted above
☐ Other

_____
Honorable Ted Stewart
Senior United States District Judge

Date: 3/18/2025